

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS

ATTORNEY GENERAL

Honorable W. A. Hadden
County Attorney
Pecos County
Ft. Stockton, Texas

Opinion No. O-6408
Re: Where land is purchased
by city under tax fore-
closure, wherein all
taxing units were parties,
does land owner redeem
property by paying to
the county tax collector
before second sale by
city, the full amount
of county, state, and
school district taxes,
including penalty and
interest?

Dear Sir:

We acknowledge receipt of you letter of January 26,
1945, requesting our opinion relative to the above captioned
matter. Your letter reads, in part, as follows:

"The City of Ft. Stockton, Texas, brought cer-
tain tax suits making all taxing units parties. Judg-
ment was taken on certain town lots here in City.
Order of Sale was issued and the City as a taxing unit
purchased the property, date of purchase August 1941.
The property was held by the city until the two years
and six months had expired, and on Nov. 7-1944 had the
Sheriff of this County to re-sell the property, and an
individual purchased the city property-not the owner.
The owner of the property in March, 1944,-a non-resident-
mailed to the tax collector the amount of the delinquent
taxes due on this property, including penalty and in-
terest, and he accepted the money and issued receipt
therefor. He did not collect the 50% of the aggregate

Honorable W. A. Hadden - page 2

total amount, or double the aggregate amount as provided for in Section 12 above article. The owner did not pay the city taxes and has not yet done so, only paid the County Tax Collector the amount due State, County and School District. The owner claims he has redeemed the property by paying the taxes to the tax collector. The present owner claims the property for the reason that he bid it in at last sale, and on account of the failure of the owner to pay the double amount necessary to redeem and did not pay the City Taxes."

It is clear from your statement of the facts, that the owner has not redeemed said land as provided by Section 12, Article 7345b, V. A. C. S., and inasmuch as the city has made a second sale of said land, his right to redeem is now foreclosed. Trusting that the above and foregoing fully answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By W. V. Geppert

W. V. Geppert
Assistant

WVG:iw

APPROVED FEB 24 1945

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY